## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| MICHAEL ANTHONY BROWN | |
| Plaintiff, | CIVIL ACTION NO.: 4:18-cv-275 |
| v. | |
| OFFICER DENTON, | |
| Defendant. | |

## O R D E R

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's January 9, 2019 Report and Recommendation, (doc. 7), to which Plaintiff filed Objections, (doc. 8). For the reasons set forth below, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Report and Recommendation as the opinion of the Court. Consequently, the Court **DISMISSES WITHOUT PREJUDICE** Plaintiff's due process claim.

In his objections, Brown protests that Officer Denton's false statement regarding his post-car crash injuries "did harm [him] in a lot of ways." (Doc. 8.) He does not, however, actually set forth any of those "ways" in which he was harmed. Rather, Brown explains that he ought to have been rushed to the emergency room — for what, he does not say — rather than being seen for minor injuries by the jailhouse nurse before transport to the hospital. Additionally, he does not state that he suffered injury at the hands of that nurse, that the treatment he received at the jail was inadequate, or that the delayed assessment at the hospital caused him any harm. *Id.* As set forth in the Report and Recommendation, "[w]hen the claim turns on the quality of the treatment provided, there is no constitutional violation as long as the medical care provided to the inmate is

'minimally adequate.'" Blanchard v. White Cty. Det. Center Staff, 262 F. App'x 959, 964 (11th Cir. 2008) (internal cite omitted). Because plaintiff's claim arises from a mere disagreement over the provider who treated him and a delay where no harm resulted from that delay, Brown has pled himself out of a claim against Officer Denton for his "false statement." Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Service shall proceed, however, for Brown's excessive force claim against Officer Denton, per the Report and Recommendation.

**SO ORDERED**, this 31st day of January, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA