IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MICHAEL ANTHONY BROWN,

    Plaintiff,

v.

OFFICER DENTON,

    Defendant.

CIVIL ACTION NO.: 4:18-cv-275

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's December 4, 2020, Report and Recommendation, (doc. 20), to which no objections have been filed. As plaintiff has failed to comply with the Court's orders and rules, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 20). This case is **DISMISSED WITHOUT PREJUDICE**, and the Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 2nd day of June, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA